1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK GLEASON,

11          Plaintiff,                    No. CIV S-10-2030 MCE EFB PS

12      vs.

13   ANNE GLASSCOCK,

14          Defendant.                    <u>ORDER</u>
     _____/

15

16      This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On April 5,

18   2011, the undersigned noted that "[i]t does not appear from the court file that plaintiff has yet

19   properly effected service of process on defendant Glasscock" and therefore ordered plaintiff to

20   show cause why Glasscock should not be dismissed, and as a result, this case be dismissed in its

21   entirety, for failure to effect service of process within the time prescribed by Rule 4(m).

22      On April 25, 2011, plaintiff filed a timely response to the order to show cause indicating

23   that plaintiff mistakenly believed that he had effected service of process on Glasscock in August

24   2010 and requesting that this court grant an extension of the time for service, as provided in Rule

25   4(m), so that he can "correct his service on Ms. Glasscock at the earliest possible moment."

26   Dckt. No. 27.

1

1    Rule 4(m) provides that "[i]f service of the summons and complaint is not made upon a

2  defendant within 120 days after the filing of the complaint, the court, upon motion or on its own

3  initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that

4  defendant or direct that service be effected within a specified time; provided that if the plaintiff

5  shows good cause for the failure, the court shall extend the time for service for an appropriate

6  period." Here, although the 120 period for service has expired, plaintiff has shown good cause

7  for a limited extension of time to serve Glasscock.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1. The April 5, 2011 order to show cause is discharged;

10   2. Plaintiff's request for an extension of time to serve Glasscock is granted;

11   3. Plaintiff has until June 17, 2011 to serve Glasscock and file a proof of such service

12  with the court; and

13   4. Failure of plaintiff to comply with this order may result in a recommendation that

14  defendant Glasscock and/or this action be dismissed for failure to follow court orders, for failure

15  to effect service of process within the time prescribed by Rule 4(m), and/or for lack of

16  prosecution under Rule 41(b).

17    SO ORDERED.

18  DATED: May 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

2